IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE RAY WILLIAMS                                                                           PLAINTIFF

v.                                        Case No. 1:25-cv-01009

DEPUTY JAMES SLAUGHTER, *Ashley County Sheriff's Office (ACSO)*; DEPUTY JOSH POLLOCK, *ASCO*; DEPUTY DERRICK HILL, *ACSO*; LACEE MONDRAGON, *ACSO*; and JOHN DOES 1-4, *ACSO*                                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on December 12, 2025, by the Honorable Spencer G Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 37). Judge Singleton recommends that Plaintiff's complaint be dismissed with prejudice for failure to prosecute this case and for failure to comply with the Court's orders to participate in discovery, to respond to Defendants' motions to dismiss, and to show cause for his repeated failure to respond. (ECF No. 37, at 5).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 37) to the extent that it recommends that the Court dismiss this case.

However, the Court will depart from the Report and Recommendation to the extent that it recommends dismissal of this case with prejudice. The Court notes that Plaintiff is actively prosecuting a parallel case with the same claims[1], and thus will dismiss the instant case without prejudice. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is

---

[1] *Williams v. Hustman, et al.*, No. 1:25-cv-01047 (W.D. Ark. June 17, 2025).

**DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with the Court's orders.

    **IT IS SO ORDERED**, this 14th day of January, 2026.

                                                  /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge